UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

        v.              CASE NO. 00CR60031

TYRONE JONES                                                  DEFENDANT


**O R D E R**

Currently before the Court is a motion by Defendant to terminate his term of supervised release (Doc. 149).  Defendant indicates that he has served approximately thirty-one (31) months of his four year term of supervised release; has paid his fine and special assessment; and has not violated any conditions of his release.  The Government objects to Defendant's motion and states that the U.S. Probation Office advised it had no position on the motion.  (Doc. 152).

The Court takes note of the fact that Defendant has been diligent in complying with the terms of his supervised release.  However, the Court feels that the benefits of supervised release to Defendant outweigh any burden upon him.  After considering the factors set forth in 18 U.S.C. § 3553, the Court cannot find that termination of his supervised release is warranted.  *See* 18 U.S.C. § 3583(e)(1).  Accordingly, Defendant's motion is hereby DENIED.

IT IS SO ORDERED this 27th day of February 2008.


/s/ Robert T. Dawson
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

AO72A
(Rev. 8/82)